*Friday, July 10, 1998*

## MOTION DOCKET

**98–921.  State v. Carter.**
Trumbull C.P. No. 97CR558.  This cause is pending before the court as an appeal from the Court of Common Pleas of Trumbull County.  Upon consideration of appellant's motion for extension of time for transmission of record and transcript,

IT IS ORDERED by the court that the motion for extension of time for transmission of record and transcript be, and hereby is, granted, and the time for transmitting record and transcript is extended until September 8, 1998.

## DISCIPLINARY DOCKET

**98–10.  Disciplinary Counsel v. Sichta.**
On July 2, 1998, respondent filed an affidavit of compliance.  In the proof of service contained in the affidavit, respondent certifies that a copy of the affidavit of compliance was sent to Susan Christoff, Counsel to the Clerk, rather than certifying that a copy of the affidavit was served upon other parties to the case as required by S.Ct.Prac.R. XIV(2)(A).  Accordingly,

IT IS ORDERED by the court, *sua sponte*, that respondent's affidavit of compliance be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**96–2442.  Richwalsky v. ABF Freight Sys., Inc.**
Hamilton App. No. C–960064.  This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–1890.  ALLTEL Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–819–TP–CSS.  This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.  Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–566.  State ex rel. Saunders v. Jackson Corp.**
Franklin App. No. 97APD02–291.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–760.  State ex rel. Estate of Goddard v. Niehaus.**
Hamilton App. No. C–970305.  This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.  It appears from the records of this court that appellants have not filed a merit brief, due July 1, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.